**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7413

DARYL L. HADDEN,

              Plaintiff - Appellant,

        v.

GEORGE T. SOLOMON; FELIX TAYLOR,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Malcolm J. Howard, Senior District Judge.   (5:14-ct-03171-H)

Submitted:  January 15, 2015          Decided:  January 21, 2015

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daryl L. Hadden, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl L. Hadden appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) action for failure to prosecute. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Hadden's informal brief does not challenge the basis for the district court's disposition, Hadden has forfeited appellate review of the court's order. Accordingly, we deny Hadden's pending motion to appoint counsel and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED